**Lead, CLMAGT, MEGANY, MEGA, FeeDueAP, PENAP, LV2APPEAL, APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 22−10964−mg

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

*Date filed:* 07/13/2022
*Plan confirmed:* 11/09/2023
*341 meeting:* 01/26/2023
*Deadline for filing claims:* 02/09/2023

*Debtor*
**Celsius Network LLC**
121 River Street
PH05
Hoboken, NJ 07030
HUDSON−NJ
Tax ID / EIN: 87−1192148

represented by **Mitchell Hurley**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212−872−1000
Email: mhurley@akingump.com

**Annemarie V. Reilly**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212−906−1200
Email: annemarie.reilly@lw.com
*LEAD ATTORNEY*

**Joshua Sussberg**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446−4800
Fax : (212) 446−4900
Email: jsussberg@kirkland.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee − NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004−1408
(212) 510−0500

represented by **Mark Bruh**
DOJ−Ust
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004−1408
212−510−0500
Email: mark.bruh@usdoj.gov

**Shara Claire Cornell**
DOJ−Ust
1 Bowling Green
New York, NY 10004−1408
212−510−0500
Email: shara.cornell@usdoj.gov

*Claims and Noticing Agent*
**Stretto Claims Agent**
8269 E. 23rd Avenue
Suite 275
www.stretto.com

Denver, CO 80238
(855) 812–6112

*Consumer Privacy Ombudsman*
**Consumer Privacy Ombudsman**
Livingston PLLC
1455 Pennsylvania Avenue N.W.
The Willard Suite 400
Washington, DC 20004
US
7037981001

represented by **Lucy Thomson**
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
703–798–1001
Email: lucythomson_cpo@earthlink.net

*Creditor Committee*
**The Official Committee of Unsecured Creditors**

represented by **Andrea Amulic**
White & Case LLP
1221 Avenue of the Americas
Ste 44–051
New York, NY 10036
212–819–7061
Email: andrea.amulic@whitecase.com

**Michael Andolina**
White & Case LLP
111 S Wacker Dr Suite 5100
Chicago, IL 60606–5055
312–881–5400
Fax : 312–881–5450
Email: mandolina@whitecase.com

**Aaron Colodny**
White & Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071
213–620–7700
Email: aaron.colodny@whitecase.com

**Kimberly Anne Havlin**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Email: kim.havlin@whitecase.com

**Samuel P Hershey**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Fax : 212–354–8113
Email: shershey@whitecase.com

**Gregory F Pesce**
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606–4302
312–881–5400
Email: gregory.pesce@whitecase.com

**Jennifer Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas

Ste 17th Floor
New York, NY 10104
212–390–9000
Fax : 212–390–9399
Email: jselendy@selendygay.com

**David Turetsky**
White & Case
1221 Avenue of the Americas
New York, NY 10020–1095
212–819–8200
Email: david.turetsky@whitecase.com

**Joshua Weedman**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8963
Email: jweedman@whitecase.com

**Keith Wofford**
White & Case LLP
1221 Avenue of the Americas
10020
New York, NY 10036
212–819–8200
Email: kwofford@whitecase.com

*Creditor Committee*
**Ad Hoc Committee of Corporate Creditors**
c/o Sarachek Law Firm
670 White Plains Road Fl. PH
Scarsdale, NY 10583

represented by **Zachary Evan Mazur**
Sarachek Law Firm
670 White Plains Road
Fl. PH
Scarsdale, NY 10583
646–519–4396
Email: zachary@sarscheklawfirm.com

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 11/09/2023 | | 3972 | Findings of Fact, Conclusions of Law, and Order Signed on 11/9/2023 Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates. (Anderson, Deanna) (Entered: 11/09/2023) |
| 01/29/2024 | | 4289 | Modified Plan */ Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* (related document(s)4171, 3972, 4050, 4172) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 01/29/2024) |
| 05/06/2024 | | 4866 | Motion to Allow*/Motion For An Order Requiring The Post– Effective Debtors To Provide Discovery To Support Statements Made In Response To Issues Raised by Corporate Creditors For Inequitable Distribution under the Plan of Reorganization.* filed by Corporate Creditors Laura McNeiL (representing her parents, Sheri Faller and Bernard Jaob Faller) and Wesley Chang with hearing to be held on 5/7/2024 at 02:00 PM at Videoconference (ZoomGov) (MG). (Suarez, Aurea) (Entered: 05/06/2024) |
| 06/03/2024 | | 4911 | Motion to Compel *Plan Treatment* filed by Joseph E. Sarachek on behalf of Faller Creditors with hearing to be held on 6/27/2024 at 10:00 |

| | | | |
|---|---|---|---|
| | | | AM at Courtroom 523 (MG) Responses due by 6/20/2024,. (Attachments: # 1 Exhibit Proposed Order) (Sarachek, Joseph) (Entered: 06/03/2024) |
| 06/03/2024 | | 4912 | Affidavit *in Support of Motion to Compel Plan Treatment* (related document(s)4911) Filed by Joseph E. Sarachek on behalf of Faller Creditors. (Attachments: # 1 Exhibit Notices to Faller Creditors)(Sarachek, Joseph) (Entered: 06/03/2024) |
| 06/03/2024 | | 4913 | Notice of Hearing *on Faller Creditors' Motion to Compel Plan Treatment* (related document(s)4911) filed by Joseph E. Sarachek on behalf of Faller Creditors. with hearing to be held on 6/27/2024 at 10:00 AM at Courtroom 523 (MG) Objections due by 6/20/2024, (Sarachek, Joseph) (Entered: 06/03/2024) |
| 06/05/2024 | | 4916 | Motion to Join (related document(s)4911) filed by Riece Keck on behalf of Clypeum, Inc.. (Suarez, Aurea) (Entered: 06/05/2024) |
| 06/05/2024 | | 4917 | Motion to Join (related document(s)4911) filed by Wesley Chang, on behalf of Jinwes LLC. (Suarez, Aurea) (Entered: 06/05/2024) |
| 06/05/2024 | | 4918 | Motion to Join (related document(s)4911) filed by Frances Jones. (Suarez, Aurea) (Entered: 06/05/2024) |
| 06/05/2024 | | 4919 | Motion to Join (related document(s)4911) filed by Viraj Anand on behalf of VP Investments & Assets LLC. (Suarez, Aurea) (Entered: 06/06/2024) |
| 06/05/2024 | | 4920 | Motion to Join (related document(s)4911) filed by Timothy Jukic on behalf of Jukes Property Solutions Limited. (Suarez, Aurea) (Entered: 06/06/2024) |
| 06/05/2024 | | 4921 | Motion to Join */CORRECTED Motion to Join* (related document(s)4919, 4911) filed by Viraj Anand, on behalf of VP Investments & Assets LLC. (Suarez, Aurea) (Entered: 06/06/2024) |
| 06/05/2024 | | 4922 | Motion to Join (related document(s)4911) filed by Paul Colagiuri on behalf of Siddhartha Super Pty Ltd atf Colagiuri Superfund. (Suarez, Aurea) (Entered: 06/06/2024) |
| 06/06/2024 | | 4923 | Motion to Join (related document(s)4911) filed by James Matthews, and on behalf of Get Streamlined Limited. (Suarez, Aurea) (Entered: 06/06/2024) |
| 06/06/2024 | | 4928 | Motion to Join (related document(s)4911) filed by Prasad Rao on behalf of PR Crypto Fund–I LP. (Suarez, Aurea) (Entered: 06/07/2024) |
| 06/07/2024 | | 4929 | Motion to Join (related document(s)4911) filed by Teresa Gonzalez Sainz on behalf of Ibertrade Representaciones SL. (Suarez, Aurea) (Entered: 06/07/2024) |
| 06/07/2024 | | 4934 | Motion to Join (related document(s)4911) filed by Enda Murphy on behalf of E & KL Murphy Superfund. (Suarez, Aurea) (Entered: 06/10/2024) |
| 06/07/2024 | | 4935 | Motion to Join (related document(s)4911) filed by Enda Murphy on behalf of Racecentre Pty Ltd. (Suarez, Aurea) (Entered: 06/10/2024) |

| | | | |
|---|---|---|---|
| 06/08/2024 | | 4933 | Notice of Hearing *on Motion for Order for 2004 Examination* filed by Joseph E. Sarachek on behalf of Faller Creditors. with hearing to be held on 6/27/2024 at 10:00 AM at Courtroom 523 (MG) Objections due by 6/24/2024, (Sarachek, Joseph) (Entered: 06/08/2024) |
| 06/10/2024 | | 4938 | Motion to Join (related document(s)4911) filed by Jenelia Sarver on behalf of DLS Memorial LLC. (Suarez, Aurea) (Entered: 06/11/2024) |
| 06/11/2024 | | 4939 | Motion to Join (related document(s)4911) filed by Mark Vozzo on behalf of MVozzo Super Pty. Ltd.. (Suarez, Aurea) (Entered: 06/11/2024) |
| 06/11/2024 | | 4940 | Motion to Join (related document(s)4911) filed by Timothy Vann on behalf of Digitaurus Pty Ltd ATF Vann Family Superannuation Fund. (Suarez, Aurea) (Entered: 06/11/2024) |
| 06/11/2024 | | 4944 | Motion to Join (related document(s)4911) filed by Oliver Masens on behalf of Masens Super Fund. (Suarez, Aurea) (Entered: 06/12/2024) |
| 06/12/2024 | | 4945 | Motion to Join (related document(s)4911) filed by Mia Forrest on Behalf of Good Forrest Super Pty Ltd. (Suarez, Aurea) (Entered: 06/12/2024) |
| 06/12/2024 | | 4946 | Motion to Join (related document(s)4911) filed by John Hitti on behalf of The Trustee for Simba Discretionary Trust. (Suarez, Aurea) (Entered: 06/12/2024) |
| 06/12/2024 | | 4947 | Motion to Join (related document(s)4911) filed by Karm Choudhry on behalf of Karma Organization LLC. (Suarez, Aurea) (Entered: 06/12/2024) |
| 06/12/2024 | | 4950 | Motion to Join (related document(s)4911) filed by Arthur Rodriguez on behalf of Art Rod LLC. (Suarez, Aurea) (Entered: 06/13/2024) |
| 06/13/2024 | | 4952 | Motion to Join (related document(s)4911) filed by Marlowe Bennett on Behalf of Paule Bennett Family Super Pty Ltd. (Suarez, Aurea) (Entered: 06/13/2024) |
| 06/13/2024 | | 4953 | Motion to Join (related document(s)4911) filed by Marlowe Bennett on Behalf of Deka Andres Ependyoun International Incorporated. (Suarez, Aurea) (Entered: 06/13/2024) |
| 06/13/2024 | | 4954 | Motion to Join (related document(s)4911) filed by Brett Wilks on behalf of Wilks SMSF PTY LTD. (Suarez, Aurea) (Entered: 06/14/2024) |
| 06/14/2024 | | 4956 | Amended Motion to Join (related document(s)4939, 4911) filed by Mark Vozzo on behalf of MVozzo Super Pty. Ltd.. (Suarez, Aurea) (Entered: 06/14/2024) |
| 06/14/2024 | | 4958 | Motion to Join (related document(s)4911) filed by Craig Volchko on behalf of CVOLCHKO RD LLC. (Suarez, Aurea) (Entered: 06/14/2024) |
| 06/14/2024 | | 4959 | Motion to Join (related document(s)4911) filed by Craig Volchko on behalf of Craig Volchko 401k. (Suarez, Aurea) (Entered: 06/14/2024) |
| 06/14/2024 | | 4961 | |

| | | | |
|---|---|---|---|
| | | | Motion to Join (related document(s)4911) filed by John Wesner on Behalf of JDW Investment Trust. (Suarez, Aurea) (Entered: 06/17/2024) |
| 06/16/2024 | | 4963 | Motion to Join (related document(s)4911) filed by Luke Orr on Behalf of Luke Orr Family Super Fund Pty Ltd. (Suarez, Aurea) (Entered: 06/17/2024) |
| 06/17/2024 | | 4964 | Motion to Join (related document(s)4911) filed by Justin Dungey on behalf of Dungey Family Super Fund Pty Ltd. (Suarez, Aurea) (Entered: 06/17/2024) |
| 06/17/2024 | | 4966 | Motion to Join (related document(s)4911) filed by Francisco H. Limeta, III on behalf of Hermoso Capital Fund LLC. (Acosta, Annya) (Entered: 06/18/2024) |
| 06/17/2024 | | 4967 | Motion to Join (related document(s)4911) filed by Maria Teresa Hermoso on behalf of Hermoso Capital Investments LLC. (Acosta, Annya) (Entered: 06/18/2024) |
| 06/17/2024 | | 4968 | Motion to Join (related document(s)4911) filed by Francisco H. Limeta III on behalf of Project Influencers Capital LLC. (Acosta, Annya) (Entered: 06/18/2024) |
| 06/20/2024 | | 4974 | Objection / Post−Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post−Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors (related document(s)4866, 4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/20/2024) |
| 06/20/2024 | | 4976 | Declaration of Jeremy Tilsner in Support of the Post−Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post−Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors (related document(s)4974) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/20/2024) |
| 06/22/2024 | | 4985 | Amended Motion to Join (related document(s)4939, 4956, 4911) filed by Mark Vozzo on behalf of MVozzo Super Pty. Ltd.. (Suarez, Aurea) (Entered: 06/24/2024) |
| 06/25/2024 | | 4988 | Notice of Adjournment of Hearing on Motion to Compel Plan Treatment (related document(s)4911) filed by Joseph E. Sarachek on behalf of Faller Creditors. with hearing to be held on 7/29/2024 at 02:00 PM at Courtroom 523 (MG) (Sarachek, Joseph) (Entered: 06/25/2024) |
| 06/26/2024 | | 4991 | Notice of Adjournment of Hearing of Motion for 2004 Discovery (related document(s)4866) filed by Joseph E. Sarachek on behalf of Faller Creditors. with hearing to be held on 7/29/2024 at 02:00 PM at Courtroom 523 (MG) (Sarachek, Joseph) (Entered: 06/26/2024) |
| 07/23/2024 | | 7535 | Supplemental Objection to Motion / Post−Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of |

| | | | |
|---|---|---|---|
| | | | *Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution* (related document(s)4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/23/2024) |
| 07/23/2024 | | 7536 | Declaration *of Christopher Ferraro, Plan Administrator, in Support of Post–Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution* (related document(s)4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/23/2024) |
| 07/23/2024 | | 7537 | Declaration *of Robert Campagna in Support of the Post–Effective Date Debtors' Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief* (related document(s)7535, 4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/23/2024) |
| 07/23/2024 | | 7538 | Declaration *of Roger Bartlett in Support of the Post–Effective Date Debtors' Objection to the Motion Seeking Entry of an Order (i) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (ii) Granting Related Relief* (related document(s)7535) filed by Thomas S. Kessler on behalf of Coinbase, Inc.. (Kessler, Thomas) (Entered: 07/23/2024) |
| 07/26/2024 | | 7551 | Reply to Motion *to Objection of Plan Administrator (7535)* filed by Joseph E. Sarachek on behalf of Faller Creditors. (Sarachek, Joseph) (Entered: 07/26/2024) |
| 07/26/2024 | | 7552 | Transcript regarding Hearing Held on 06/28/2024 At 10:06 AM RE: Hybrid Hearing RE: Application For Final Professional Compensation For Latham & Watkins LLP, Special Counsel, Period: 7/13/2022 To 5/31/2023, Fee:$12,358,407.2, Expenses: $54,459.60...**etc** Remote electronic access to the transcript is restricted until 10/24/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 4271, 4281, 4260, 4302, 4258, 4970, 4257, 4829, 4835, 4242, 3925, 4276, 4061, 4268, 4265, 4263, 4254, 4250, 4296, 4273, 4904, 3426, 4249, 4266, 4252, 4925, 4262, 4275, 4261, 4949, 4236, 4259, 4873, 4992, 3127, 4256, 4291, 4927, 4926, 3709, 4663, 4903, 4270, 4253). Notice of Intent to Request Redaction Deadline Due By 8/2/2024. Statement of Redaction Request Due By 8/16/2024. Redacted Transcript Submission Due By 8/26/2024. Transcript access will be restricted through 10/24/2024. (Ramos, Jonathan) Modified on 9/20/2024 (Ortiz, Carmen). (Entered: 07/26/2024) |
| 08/01/2024 | | 7569 | **REVISED** Transcript regarding Hearing Held on 07/29/2024 At 2:02 PM RE: Status Update On Distributions And Update On Avoidance Actions.; Etc.. Remote electronic access to the transcript is restricted until 10/30/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 6892, 4938, |

| | | | |
|---|---|---|---|
| | | | 4923, 5196, 5195, 4928, 4919, 7557, 4946, 4921, 4954, 4917, 4953, 4922, 4950, 4967, 4986, 5197, 5594, 4912, 7536, 4956, 7551, 4988, 4974, 4914, 4944, 4966, 4968, 4945, 4952, 4918, 4934, 4964, 4958, 4939, 4920, 4789, 7538, 4929, 4976, 4963, 4961, 4940, 4959, 7537, 7535, 5194, 4911, 4916, 4947, 6569, 7534, 4985, 4913). Notice of Intent to Request Redaction Deadline Due By 8/8/2024. Statement of Redaction Request Due By 8/22/2024. Redacted Transcript Submission Due By 9/3/2024. Transcript access will be restricted through 10/30/2024. (Ramos, Jonathan) Modified on 8/1/2024 (Braithwaite, Kenishia). (Entered: 08/01/2024) |
| 08/01/2024 | | 7572 | Letter *Rule 2019 Verified Statement* Filed by Joseph E. Sarachek on behalf of Ad Hoc Committee of Corporate Creditors. (Sarachek, Joseph) (Entered: 08/01/2024) |
| 08/07/2024 | | 7586 | Stipulation */ Proposed Joint Stipulation and Agreed Order Between the Post−Effective Date Debtors, Coinbase, the Litigation Administrator, and the Ad Hoc Committee of Corporate Creditors for Appointment of a Mediator* Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) **Docket Text Modified on 8/8/2024 (Bush, Brent)** (Entered: 08/07/2024) |
| 08/07/2024 | | 7587 | Statement filed by Shara Claire Cornell on behalf of United States Trustee. (Cornell, Shara) (Entered: 08/07/2024) |
| 08/08/2024 | | 7588 | Joint Stipulation And Agreed Order signed on 8/8/2024 Between The Post−Effective Date Debtors, Coinbase, The Litigation Administrator, And the Ad Hoc Committee of Corporate Creditors For Appointment Of a Mediator. (related document(s)7587, 7585, 7586) (Rodriguez−Castillo, Maria) (Entered: 08/08/2024) |
| 08/08/2024 | | 7592 | Statement */ Notice of Upcoming Mediation Regarding Corporate Creditor Motion and Instructions to Participate* (related document(s)7588, 4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/08/2024) |
| 08/29/2024 | | 7652 | Transcript regarding Hearing Held on 08/27/2024 At 10:00 AM RE: Update On Avoidance Actions.; Etc. Remote electronic access to the transcript is restricted until 11/27/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 7625, 7602, 7619, 7606, 7611, 7588, 7559, 7592, 7590, 7616, 7587, 7610, 7585, 7612, 7618, 7607, 7458, 7603, 7595, 7630, 7534, 7605). Notice of Intent to Request Redaction Deadline Due By 9/5/2024. Statement of Redaction Request Due By 9/19/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/27/2024. (Ramos, Jonathan) (Entered: 08/29/2024) |
| 08/29/2024 | | 7660 | Statement */ Post−Effective Date Debtors' Statement Relating to Selection of Coinbase and Determination of the 100 Corporate Creditor Limit for Liquid Cryptocurrency Distributions* (related document(s)4911) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/29/2024) |
| 08/29/2024 | | 7661 | Motion to Authorize */ Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief* filed by Joshua |

| | | | |
|---|---|---|---|
| | | | Sussberg on behalf of Celsius Network LLC with hearing to be held on 9/12/2024 at 02:00 PM at Videoconference (ZoomGov) (MG) Responses due by 9/5/2024,. (Sussberg, Joshua) (Entered: 08/29/2024) |
| 08/30/2024 | | 7662 | Statement *Relating to the Selection of Coinbase as Distribution Agent for Liquid Cryptocurrency to Corporate and International Creditors* filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) (Entered: 08/30/2024) |
| 09/04/2024 | | 7666 | Objection */AMENDED Objection to Motion* (related document(s)7661, 7665) filed by Sean Xue. (Suarez, Aurea) (Entered: 09/05/2024) |
| 09/05/2024 | | 7667 | Objection to Motion (related document(s)7661) filed by Shara Claire Cornell on behalf of United States Trustee. (Cornell, Shara) (Entered: 09/05/2024) |
| 09/10/2024 | | 7673 | Mediator's Final Report Settled Filed by Mediator. (White, Greg) (Entered: 09/10/2024) |
| 09/11/2024 | | 7675 | Notice of Proposed Order */ Notice of Filing of Revised Proposed Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief* (related document(s)7661) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/11/2024) |
| 09/11/2024 | | 7677 | Statement */ Post−Effective Date Debtors' Reply in Support of the Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief* (related document(s)7661) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/11/2024) |
| 09/17/2024 | | 7694 | Transcript regarding Hearing Held on 09/12/2024 At 2:03 PM RE: Status Update On Distributions and Preference Settlements.; Etc. Remote electronic access to the transcript is restricted until 12/16/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 6892, 4938, 4923, 7660, 7667, 5196, 5195, 4928, 4919, 7675, 7661, 7557, 4970, 4946, 4921, 4954, 4935, 4835, 7663, 4917, 7591, 4786, 4953, 7555, 4276, 4922, 4950, 4967, 4986, 5197, 5594, 4912, 7536, 4956, 7554, 7571, 7666, 7608, 7677, 7551, 7676, 4988, 4974, 4914, 4966, 4944, 4957, 7528, 4968, 4945, 4952, 4918, 4934, 7562, 4964, 4958, 4264, 4960, 4939, 7665, 4920, 7530, 7538, 4929, 7524, 7659, 4976, 4963, 4961, 7523, 4940, 4959, 7620, 7537, 7535, 7673, 5194, 4911, 4916, 4947, 6569, 7575, 4985, 4913). Notice of Intent to Request Redaction Deadline Due By 9/24/2024. Statement of Redaction Request Due By 10/8/2024. Redacted Transcript Submission Due By 10/18/2024. Transcript access will be restricted through 12/16/2024. (Ramos, Jonathan) (Entered: 09/17/2024) |
| 10/03/2024 | | 7726 | Memorandum Opinion, Signed on 10/3/2024, Granting in Part and Denying in Part Joint Motion of Post−Effective Date Debtors, the Ad Hoc Committee of Corporate Creditors, and Coinbase, Inc. and (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor |

| | | | |
|---|---|---|---|
| | | | Distributions, (III) Denying Request for $1.5 Million Payment to Ad Hoc Committee of Corporate Creditors, and (IV) Approving Related Relief. (related document(s)6892, 4911) (Anderson, Deanna) (Entered: 10/03/2024) |
| 10/11/2024 | | 7747 | Order Signed on 10/4/2024 (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief (Related Doc # 7661). (Gomez, Jessica) (Entered: 10/11/2024) |
| 10/17/2024 | | 7754 | Application for Final Professional Compensation for Sarachek Law Firm, Creditor's Attorney, period: 3/21/2024 to 10/11/2024, fee:$1661514.59, expenses: $593.92. filed by Sarachek Law Firm with hearing to be held on 11/13/2024 at 10:00 AM at Courtroom 523 (MG) Responses due by 11/6/2024,. (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit Sarachek Certification # 3 Exhibit Hourly Invoices) (Sarachek, Joseph) (Entered: 10/17/2024) |
| 10/18/2024 | | 7757 | Notice of Hearing *on Fee Application of Sarachek Law Firm* (related document(s)7754) filed by Joseph E. Sarachek on behalf of Sarachek Law Firm. with hearing to be held on 11/13/2024 at 10:00 AM at Courtroom 523 (MG) Objections due by 11/6/2024, (Sarachek, Joseph) (Entered: 10/18/2024) |
| 11/05/2024 | | 7786 | Objection to Motion (related document(s)7754) filed by Sean Xue. (Suarez, Aurea) (Entered: 11/06/2024) |
| 11/12/2024 | | 7810 | Memorandum Opinion and Order, Signed on 11/12/2024, Approving in Part and Denying in Part the Final Fee Application of the Sarachek Law Firm. (related document(s)7754) (Anderson, Deanna) (Entered: 11/12/2024) |
| 11/15/2024 | | 7854 | Statement */ Notice of Commencement of Supplemental Corporate Creditor Distributions* (related document(s)7661, 7726) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 11/15/2024) |
| 11/26/2024 | | 7867 | Notice of Appeal (related document(s)7810, 7726, 7747) filed by Zachary Evan Mazur on behalf of Ad Hoc Committee of Corporate Creditors. Appellant Designation due by 12/10/2024, (Attachments: # 1 Exhibit A – Memorandum Opinion Granting in Part and Denying in Part Joint Motion # 2 Exhibit B – Order Authorizing Supplemental Distribution # 3 Exhibit C – Memorandum Opinion and Order Approving in Part and Denying in Part the Final Fee Application # 4 Exhibit Civil Cover Sheet)(Mazur, Zachary) (Entered: 11/26/2024) |
| 12/10/2024 | | 7881 | Designation of Contents (appellant). *to be Included in the Record on Appeal and Statement of Issues* (related document(s)7867) filed by Zachary Evan Mazur on behalf of Ad Hoc Committee of Corporate Creditors. Appellee designation due by 12/26/2024, (Mazur, Zachary) (Entered: 12/10/2024) |