**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

CELSIUS NETWORK LLC et al.,

                Debtors.
-------------------------------------------------------------------X

  AD HOC COMMITTEE OF CORPORATE CREDITORS,

                    Appellant,             24 **CIVIL** 9278 (JSR)

      -against-                       **JUDGMENT**


 WILLIAM K. HARRINGTON, as UNITED STATES
TRUSTEE, and SEAN XUE,

                    Appellees.
-------------------------------------------------------------------X


       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated August 25, 2025, the matter is dismissed because

the appeal's untimeliness divests this Court of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
        February 13, 2026

                            **TAMMI M. HELLWIG**

                            _____
                             **Clerk of Court**


              **BY:** _____
                          **Deputy Clerk**